UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

EMMA AMROEI,

     Plaintiff,

v.                               CASE NO: 8:05-cv-1969-T-23MSS

HARTFORD LIFE INSURANCE CO.,

     Defendant.

_____/

### <u>ORDER</u>

     The court is advised that this matter is completely settled and will be dismissed.

Accordingly, pursuant to Local Rule 3.08(b), this case is **DISMISSED WITHOUT**

**PREJUDICE** to the right of any party within sixty (60) days from the date of this order to

(1) submit a stipulated form of final order or judgment or (2) re-open the action upon a

showing of good cause.  The Clerk is directed to (1) terminate any pending motion and

(2) close the case.

     ORDERED in Tampa, Florida, on June 28, 2006.

_____
**STEVEN D. MERRYDAY**
**UNITED STATES DISTRICT JUDGE**

cc:    US Magistrate Judge
        Courtroom Deputy